Edward Sabari BRYAN, Plaintiff—Appellant,

v.

SCDC; Jonathan E. OZMINT, Defendants—Appellees.

No. 09–7953.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 18, 2010.

Decided: Feb. 25, 2010.

Edward Sabari Bryan, Appellant Pro Se. Matthew Blaine Rosbrugh, Davidson & Lindemann, PA, Columbia, South Carolina, for Appellees.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward Sabari Bryan appeals the district court's order adopting the recommendation of the magistrate judge and granting summary judgment for the Defendants on Bryan's action under 42 U.S.C. § 1983 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bryan v. SCDC,* No. 3:08–cv–00846–RBH, 2009 WL 3166632 (D.S.C. Sept. 29, 2009). Additionally, we deny

Bryan's motions to compel and for production of a transcript. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*